UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDY HAYNES,

                Plaintiff,                No. 08-CV-13091-DT

vs.                                       Hon. Gerald E. Rosen

DR. KEITH IVENS, et al.,

                Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION OF DECEMBER 31, 2009 AND DISMISSING
PLAINTIFF'S COMPLAINT, IN ITS ENTIRETY, WITH PREJUDICE

        At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on        January 27, 2010

        PRESENT:  Honorable Gerald E. Rosen
                             Chief Judge, United States District Court

       This matter having come before the Court on the December 31, 2009 Report and Recommendation of United States Magistrate Judge Mark A. Randon recommending that the Court grant the motions for summary judgment filed by the Michigan Department of Corrections (the "MDOC"), the Pain Management Committee (the "PMC"), Heather Bailey, R.N., Karen Peters, R.N., and Jeffrey Stieve, M.D.; and Plaintiff having timely filed objections to the Magistrate's R&R; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's objections, and the Court's entire file of this action and having concluded that, for the reasons stated in the Report and Recommendation,

Defendants' Motion should be granted, and because these defendants are the only remaining defendants in this action, this case should, accordingly be dismissed, in its entirety; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of December 31, 2009 **[Dkt. # 64]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motions for Summary Judgment **[Dkt. Nos. 36 and 57]** be, and hereby are, GRANTED.  Accordingly,

IT IS FURTHER ORDERED that this case is DISMISSED, in its entirety, with prejudice.

Let Judgment be entered accordingly.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  January 27, 2010

### CERTIFICATE OF SERVICE

I hereby certify that on    January 27, 2010   , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:      Christine M. Campbell; Randall A. Juip; Anthony D. Pignotti; Brian J. Richtarcik      , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:
 Randy Haynes; #224393, Marquette Branch Prison; 1960 U.S. Hwy. 41 South, Marquette, MI 49855

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(313) 234-5137

2:08-cv-13091-GER-MAR   Doc # 68   Filed 01/27/10   Pg 3 of 3   Pg ID 1019